cause why he should not be disbarred from the practice of law in this Court.

No. D-2721. In the Matter of Discipline of Tonya L. Ford.

565 U.S. 1054, 132 S. Ct. 812, 181 L. Ed. 2d 523, 2011 U.S. LEXIS 8415.

November 28, 2011. Tonya L. Ford, of Raleigh, North Carolina, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 11-5683. Edward Dorsey, Sr., Petitioner v. United States.

No. 11-5721. Corey A. Hill, Petitioner v. United States.

565 U.S. 1077, 132 S. Ct. 812, 181 L. Ed. 2d 523, 2011 U.S. LEXIS 8666.

November 29, 2011. Miguel A. Estrada, Esquire, of Washington, D.C., is invited to brief and argue these cases, as amicus curiae, in support of the judgments below.

No. 11-6648. Scott R. Zabriskie, Petitioner v. 7-11, Inc., et al.

565 U.S. 1077, 132 S. Ct. 818, 181 L. Ed. 2d 523, 2011 U.S. LEXIS 8705.

December 5, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

No. 11-6705. Gregory Downs, Petitioner v. Domingo Uribe, Jr., Warden, et al.

565 U.S. 1077, 132 S. Ct. 821, 181 L. Ed. 2d 523, 2011 U.S. LEXIS 8732.

December 5, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

No. 11-6706. Gregory Downs, Petitioner v. Domingo Uribe, Jr., Warden.

565 U.S. 1077, 132 S. Ct. 821, 181 L. Ed. 2d 523, 2011 U.S. LEXIS 8689.

December 5, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.

No. 11M46. Hussain Salem Mohammed Almerfedi, Petitioner v. Barack H. Obama, President of the United States, et al.

565 U.S. 1077, 132 S. Ct. 835, 181 L. Ed. 2d 523, 2011 U.S. LEXIS 8778.

December 5, 2011. Motion for leave to file a petition for writ of certiorari under seal granted.

Same case below, 397 U.S. App. D.C. 361, 654 F.3d 1.